United States District Court
Southern District of Texas
**ENTERED**
April 23, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAN RUSSELL, Individually and On Behalf of all Others Similarly Situated, | § § § § | |
| *Plaintiff*, | § § | Civil Action No. 4:17-cv-00008 |
| v. | § § | |
| NATIONWIDE EVICTION, LLC | § § | JURY DEMANDED |
| *Defendant*. | § § | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Parties' Joint and Agreed Motion to Dismiss with Prejudice is GRANTED. All causes of action raised or which could have been raised by the Plaintiff in this case are dismissed with prejudice. All costs of court and/or attorneys' fees incurred by the parties will be paid by the parties incurring them.

Signed this 23 day of April, 2018.

_____
United States District Judge

33506725.1